BENJAMIN B. WAGNER
United States Attorney
ANDRÉ ESPINOSA
ROSANNE L. RUST
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

SEALED
FILED

AUG 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0176 TLN |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| BOONE B. KHOONSRIVONG, THONGCHONE VONGDENG, DAISY SYSENGRAT, VUTHIYA TIM, MEGHAN PARADIS, SEQUOIA VALVERDE, AMBER COLLINS, SOMALY SIV, and JAFFREY BROWN, | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorneys André M. Espinosa and Rosanne L. Rust to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: Aug 20, 2015

KENDALL J. NEWMAN
United States Magistrate Judge