BENJAMIN B. WAGNER
United States Attorney
ANDRÉ M. ESPINOSA
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BOONE B. KHOONSRIVONG,<br>THONGCHONE VONGDENG,<br>DAISY SYSENGRAT,<br>VUTHIYA TIM,<br>MEGAN PARADIS,<br>SEQUOIA VALVERDE,<br>AMBER COLLINS,<br>SOMALY SIV, and<br>JAFFREY BROWN,<br><br>    Defendants. | CASE NO. 2:15-CR-0176-TLN<br>and<br>CASE NO. 1:15-cr-00242-LJO<br><br>NOTICE OF RELATED CASE ORDER |

ORDER

For the reasons set forth in the Notice of Related Cases filed by counsel for the plaintiff United States of America, the Court finds that Criminal Case No. 1:15-cr-00242-LJO, is related to the above captioned matter within the meaning of Local Rule 83-123.

Based upon this finding,

**IT IS HEREBY ORDERED** that:

ORDER          1

The Clerk of the Court shall REASSIGN Case No. 1:15-cr-00242-LJO to the Honorable TROY L. NUNLEY.

Dated:  November 9, 2015

_____
Troy L. Nunley
United States District Judge