BENJAMIN B. WAGNER
United States Attorney
Rosanne L. Rust
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOONE B. KHOONSRIVONG,<br>THONGCHONE VONGDENG,<br>DAISY SYSENGRAT,<br>VUTHIYA TIM,<br>MEGHAN PARADIS,<br>SEQUOIA VALVERDE,<br>AMBER COLLINS,<br>SOMALY SIV, and<br>JAFFREY BROWN,<br><br>Defendants.<br>_____<br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VUTHIYA TIM,<br>BOONE KHOONSRIVONG, &<br>MEGHAN PARADIS,<br><br>Defendants. | CASE NO. 2:15-CR-00176-TLN<br>            1:15-CR-00242-TLN-SKO<br><br><br><br>STIPULATION AND ORDER |

Defendant BOONE KHOONSRIVONG ("Defendant") and plaintiff United States of America, by and through their counsel of record, hereby agree and stipulate that Defendant and his counsel of

STIPULATION AND [PROPOSED] ORDER

record will be bound by the two Protective Orders already in place for cases 2:15-cr-00176-TLN and 1:15-cr-00242-TLN-SKO.  The Protective Order for case 2:15-cr-00176-TLN is ECF No. 50.  The Protective Order for case 1:15-cr-00242-TLN-SKO is ECF No. 12.

Dated:  January 21, 2016                                     Respectfully submitted,

                                                                                  BENJAMIN B. WAGNER
                                                                                  United States Attorney

                                                                        By:   /s/ Rosanne L. Rust
                                                                                  Rosanne L. Rust
                                                                                  Assistant United States Attorney


                                                                        By:   /s/ Matthew Bockmon
                                                                                  MATTHEW BOCKMON
                                                                                  Counsel for BOONE KHOONSRIVONG


       IT IS SO FOUND AND ORDERED.

Dated:  January 22, 2016

                                                                                  _____
                                                                                  KENDALL J. NEWMAN
                                                                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER