1  BENJAMIN B. WAGNER
   United States Attorney
2  Rosanne L. Rust
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. 2:15-CR-00176-TLN
12 |                    Plaintiff,           |           1:15-CR-00242-TLN-SKO
13 |            v.                           |
14 | BOONE B. KHOONSRIVONG,                  | STIPULATION AND ORDER
   | THONGCHONE VONGDENG,
15 | DAISY SYSENGRAT,
   | VUTHIYA TIM,
16 | MEGHAN PARADIS,
   | SEQUOIA VALVERDE,
17 | AMBER COLLINS,
   | SOMALY SIV, and
18 | JAFFREY BROWN,
19 |                    Defendants.
20 | UNITED STATES OF AMERICA,
21 |                    Plaintiff,
22 |            v.
23 | VUTHIYA TIM,
   | BOONE KHOONSRIVONG, &
24 | MEGHAN PARADIS,
25 |                    Defendants.
26

27         Defendant BOONE KHOONSRIVONG ("Defendant") and plaintiff United States of America,

28 by and through their counsel of record, hereby agree and stipulate that Defendant and his counsel of

   STIPULATION AND [PROPOSED] ORDER

record will be bound by the two Protective Orders already in place for cases 2:15-cr-00176-TLN and 1:15-cr-00242-TLN-SKO.  The Protective Order for case 2:15-cr-00176-TLN is ECF No. 50.  The Protective Order for case 1:15-cr-00242-TLN-SKO is ECF No. 12.

Dated:  January 21, 2016                           Respectfully submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

                                         By:   /s/ Rosanne L. Rust
                                                  Rosanne L. Rust
                                                  Assistant United States Attorney


                                         By:  /s/ Matthew Bockmon
                                                  MATTHEW BOCKMON
                                                  Counsel for BOONE KHOONSRIVONG


     IT IS SO FOUND AND ORDERED.

Dated:  January 22, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE