JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
THONGCHONE VONGDENG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-CR-176-TLN |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME |
| | ) PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | ) FINDINGS AND ORDER |
| | ) |
| KHOONSRIVONG et al., | ) Date:  March 17, 2016 |
| | ) Time:  9:30 a.m. |
| Defendants. | ) Judge: Honorable Troy L. Nunley |
| | ) |

The United States of America through its undersigned counsel, André M. Espinosa, Assistant United States Attorney, together with counsel for defendant Boone B. Khoonsrivong, Matthew C. Bockmon, Esq., counsel for defendant Thongchone Vongdeng, John R. Manning, Esq., counsel for defendant Amber Collins, Erin J. Radekin, Esq., counsel for defendant Somaly Siv, Michael L. Chastaine, Esq., counsel for defendant Meghan Paradis, Michael B. Bigelow, Esq., counsel for defendant Vuthiya Tim, Christopher R. Cosca, Esq., counsel for defendant Sequoia Valverde, Olaf W. Hedberg, Esq., and counsel for defendant Jaffrey Brown, Todd D. Leras, Esq., hereby stipulate the following:

    1.  By previous order, this matter was set for status conference on February 4, 2016.

2. By this stipulation, the defendants now move to continue the status conference until March 17, 2016, at 9:30 a.m., and to exclude time between February 4, 2016 and March 17, 2016 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. On October 22, 2015 the government produced approximately 47,000 pages of discovery, a disc containing audio files, and a disc containing video files. On or about February 1, 2016, the government informed counsel for the defendants that it intends to produce additional written discovery in the next two weeks.

    b. Counsel for the defendants need additional time to review the voluminous previously-produced discovery and the pending production, conduct investigation, and interview potential witnesses.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of February 4, 2016, to March 17, 2016, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4

because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: February 1, 2016 | /s/  Matthew C. Bockmon |
|---|---|
| | MATTHEW C. BOCKMON |
| | Attorney for Defendant |
| | Boone B. Khoonsrivong |
| Dated: February 1, 2016 | /s/  John R. Manning |
| | JOHN R. MANNING |
| | Attorney for Defendant |
| | Thongchone Vongdeng |
| Dated: February 1, 2016 | /s/  Erin J. Radekin |
| | ERIN J. RADEKIN |
| | Attorney for Defendant |
| | Amber Collins |
| Dated: February 1, 2016 | /s/  Michael L. Chastaine |
| | MICHAEL L. CHASTAINE |
| | Attorney for Defendant |
| | Somaly Siv |
| Dated: February 1, 2016 | /s/  Todd D. Leras |
| | TODD D. LERAS |
| | Attorney for Defendant |
| | Jaffrey Brown |
| Dated: February 1, 2016 | /s/  Michael B. Bigelow |
| | MICHAEL B. BIGELOW |
| | Attorney for Defendant |
| | Meghan Paradis |
| Dated: February 1, 2016 | /s/  Christopher R. Cosca |
| | CHRISTOPHER R. COSCA |
| | Attorney for Defendant |
| | Vuthiya Tim |

```
Dated: February 1, 2016              /s/  Olaf W. Hedberg
                                     OLAF W. HEDBERG
                                     Attorney for Defendant
                                     Sequoia Valverde

Dated: February 1, 2016              Benjamin B. Wagner
                                     United States Attorney

                                     by: /s/  André M. Espinosa
                                     ANDRÉ M. ESPINOSA
                                     Assistant United States Attorney
```

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of February, 2016.

_____
Troy L. Nunley
United States District Judge