```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
THONGCHONE VONGDENG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No.: 2:15-CR-176-TLN |
|                                     ) | |
|              Plaintiff,             ) | STIPULATION REGARDING EXCLUDABLE TIME |
|                                     ) | PERIODS UNDER SPEEDY TRIAL ACT; |
| vs.                                 ) | FINDINGS |
|                                     ) | |
| KHOONSRIVONG et al.,                ) | Date:  May 5, 2016 |
|                                     ) | Time:  9:30 a.m. |
|              Defendants.            ) | Judge: Honorable Troy L. Nunley |
|                                     ) | |

    The United States of America through its undersigned counsel, Rosanne L. Rust, Assistant United States Attorney, together with counsel for defendant Boone B. Khoonsrivong, Matthew C. Bockmon, Esq., counsel for defendant Thongchone Vongdeng, John R. Manning, Esq., counsel for defendant Amber Collins, Erin J. Radekin, Esq., counsel for defendant Somaly Siv, Michael L. Chastaine, Esq., counsel for defendant Meghan Paradis, Michael B. Bigelow, Esq., counsel for defendant Vuthiya Tim, Christopher R. Cosca, Esq., counsel for defendant Sequoia Valverde, Olaf W. Hedberg, Esq., and counsel for defendant Jaffrey Brown, Todd D. Leras, Esq., hereby stipulate the following:

    1.  By previous order, this matter was set for status conference on March 17, 2016.

///

    2.  By this stipulation, the defendants now move to continue the status conference until May 5, 2016, at 9:30 a.m., and to exclude time between March 17, 2016 and May 5, 2016 under the Local Code T-4 (to allow defense counsel further time to prepare).

    3.  The parties agree and stipulate, and request the Court find the following:

    a. On October 22, 2015, (and on subsequent dates for defendants who were arrested and arraigned afterward), the government produced approximately 47,000 pages of discovery, a disc containing audio files, and a disc containing video files.  The government also made other discovery available for review at its office.  Within the next few weeks, the government also plans to produce additional discovery.

    b. Counsel for the defendants need additional time to review the voluminous discovery, conduct more investigation, and interview potential witnesses.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of March 17, 2016, to May 5, 2016,

1        inclusive, is deemed excludable pursuant to 18 United States Code
2        Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4
3        because it results from a continuance granted by the Court at the
4        defendants' request on the basis of the Court's finding that the
5        ends of justice served by taking such action outweigh the best
6        interest of the public and the defendants in a speedy trial.
7    4.  Nothing in this stipulation and order shall preclude a finding that
8 provision of the Speedy Trial Act dictate that additional time periods are
9 excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 15, 2016              /s/  Matthew C. Bockmon
                                    MATTHEW C. BOCKMON
                                    Attorney for Defendant
                                    Boone B. Khoonsrivong

Dated:  March 15, 2016              /s/  John R. Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Thongchone Vongdeng

Dated:  March 15, 2016              /s/  Erin J. Radekin
                                    ERIN J. RADEKIN
                                    Attorney for Defendant
                                    Amber Collins

Dated:  March 15, 2016              /s/  Michael L. Chastaine
                                    MICHAEL L. CHASTAINE
                                    Attorney for Defendant
                                    Somaly Siv

Dated:  March 15, 2016              /s/  Todd D. Leras
                                    TODD D. LERAS
                                    Attorney for Defendant
                                    Jaffrey Brown

///

| | | |
|---|---|---|
| Dated: March 15, 2016 | | /s/  Michael B. Bigelow |
| | | MICHAEL B. BIGELOW |
| | | Attorney for Defendant |
| | | Meghan Paradis |
| Dated: March 15, 2016 | | /s/  Christopher R. Cosca |
| | | CHRISTOPHER R. COSCA |
| | | Attorney for Defendant |
| | | Vuthiya Tim |
| Dated: March 15, 2016 | | /s/  Olaf W. Hedberg |
| | | OLAF W. HEDBERG |
| | | Attorney for Defendant |
| | | Sequoia Valverde |
| Dated: March 15, 2016 | | Benjamin B. Wagner |
| | | United States Attorney |
| | | by: /s/  Rosanne L. Rust |
| | | ROSANNE L. RUST |
| | | Assistant United States Attorney |

**ORDER**

IT IS SO FOUND AND ORDERED this 15th day of March, 2016.

Troy L. Nunley
United States District Judge

///
///
///
///
///
///
///
///