```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
THONGCHONE VONGDENG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-176 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS |
| vs. | |
| KHOONSRIVONG et al., | Date:  August 4 2016 |
| Defendants. | Time:  9:30 a.m. |
| | Judge: Honorable Troy L. Nunley |

The United States of America through its undersigned counsel, André M. Espinosa, Assistant United States Attorney, together with counsel for defendant Boone B. Khoonsrivong, Matthew C. Bockmon, Esq., counsel for defendant Thongchone Vongdeng, John R. Manning, Esq., counsel for defendant Amber Collins, Erin J. Radekin, Esq., counsel for defendant Somaly Siv, Michael L. Chastaine, Esq., counsel for defendant Meghan Paradis, Michael B. Bigelow, Esq., counsel for defendant Vuthiya Tim, Christopher R. Cosca, Esq., counsel for defendant Sequoia Valverde, Olaf W. Hedberg, Esq., and counsel for defendant Jaffrey Brown, Todd D. Leras, Esq., hereby stipulate the following:

    1.  By previous order, this matter was set for status conference on May 5, 2016.

///

2. By this stipulation, the defendants now move to continue the status conference until August 4, 2016 at 9:30 a.m., and to exclude time between May 5, 2016 and August 4, 2016 under the Local Code T-4 (to allow defense counsel further time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. On October 22, 2015, (and on subsequent dates for defendants who were arrested and arraigned afterward), the government produced approximately 47,000 pages of discovery, a disc containing audio files, and a disc containing video files. The government also made other discovery available for review at its office. On April 5, 2016, the government produced 388 pages of additional discovery.

   b. Counsel for the defendants need additional time to review the voluminous discovery, conduct more investigation, and interview potential witnesses.

   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of May 5, 2016, to August 4, 2016, inclusive, is deemed excludable pursuant to 18 United States Code

1           Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4
2      because it results from a continuance granted by the Court at the
3      defendants' request on the basis of the Court's finding that the
4      ends of justice served by taking such action outweigh the best
5      interest of the public and the defendants in a speedy trial.
6      4.   Nothing in this stipulation and order shall preclude a finding that
7 provision of the Speedy Trial Act dictate that additional time periods are
8 excludable from the period within which a trial must commence.

10 IT IS SO STIPULATED.

12 Dated:  May 2, 2016                     /s/  Matthew C. Bockmon
                                           MATTHEW C. BOCKMON
13                                         Attorney for Defendant
                                           Boone B. Khoonsrivong

15 Dated:  May 2, 2016                     /s/  John R. Manning
                                           JOHN R. MANNING
16                                         Attorney for Defendant
                                           Thongchone Vongdeng

18 Dated:  May 2, 2016                     /s/  Erin J. Radekin
                                           ERIN J. RADEKIN
19                                         Attorney for Defendant
                                           Amber Collins

21 Dated:  May 2, 2016                     /s/  Michael L. Chastaine
                                           MICHAEL L. CHASTAINE
22                                         Attorney for Defendant
                                           Somaly Siv

24 Dated:  May 2, 2016                     /s/  Todd D. Leras
                                           TODD D. LERAS
25                                         Attorney for Defendant
                                           Jaffrey Brown

///

```
Dated:  May 2, 2016                    /s/  Michael B. Bigelow
                                       MICHAEL B. BIGELOW
                                       Attorney for Defendant
                                       Meghan Paradis


Dated:  May 2, 2016                    /s/  Christopher R. Cosca
                                       CHRISTOPHER R. COSCA
                                       Attorney for Defendant
                                       Vuthiya Tim


Dated:  May 2, 2016                    /s/  Olaf W. Hedberg
                                       OLAF W. HEDBERG
                                       Attorney for Defendant
                                       Sequoia Valverde


Dated:  May 1, 2016                    Benjamin B. Wagner
                                       United States Attorney

                                       by: /s/  André M. Espinosa
                                       ANDRÉ M. ESPINOSA
                                       Assistant United States Attorney
```

**ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of May, 2016.

_____
Troy L. Nunley
United States District Judge