```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
THONGCHONE VONGDENG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | Case No.: 2:15-CR-176-TLN |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING EXCLUDABLE TIME |
| ) | PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. ) | FINDINGS AND ORDER |
| ) | |
| KHOONSRIVONG et al., ) | Date:  November 10, 2016 |
| ) | Time:  9:30 a.m. |
| Defendants. ) | Judge: Honorable Troy L. Nunley |
| ) | |

    The United States of America through its undersigned counsel, André M. Espinosa, Assistant United States Attorney, together with counsel for defendant Boone B. Khoonsrivong, Matthew C. Bockmon, Esq., counsel for defendant Thongchone Vongdeng, John R. Manning, Esq., counsel for defendant Amber Collins, Erin J. Radekin, Esq., counsel for defendant Somaly Siv, Michael L. Chastaine, Esq., counsel for defendant Meghan Paradis, Michael B. Bigelow, Esq., counsel for defendant Sequoia Valverde, Olaf W. Hedberg, Esq., and counsel for defendant Jaffrey Brown, Todd D. Leras, Esq., hereby stipulate the following:

    1.  By previous order, this matter was set for status conference on September 29, 2016.

///

1       2.  By this stipulation, all defendants except Vuthiya Tim, now move to
2  continue the status conference until November 10, 2016 at 9:30 a.m., and to
3  exclude time between September 29, 2016 and November 10, 2016 under the Local
4  Code T-4 (to allow defense counsel further time to prepare).  Defendant
5  Vuthiya Tim wishes to remain on the calendar for a Change of Plea.
6       3.  The parties agree and stipulate, and request the Court find the
7  following:
8       a. On October 22, 2015, (and on subsequent dates for defendants who
9          were arrested and arraigned afterward), the government produced
10         approximately 47,000 pages of discovery, a disc containing audio
11         files, and a disc containing video files.  The government also made
12         other discovery available for review at its office.  On April 5,
13         2016, the government produced 388 pages of additional discovery.
14      b. Counsel for the defendants need additional time to review the
15         voluminous discovery, conduct more investigation, and interview
16         potential witnesses.
17      c. Counsel for the defendants believe the failure to grant a
18         continuance in this case would deny defense counsel reasonable time
19         necessary for effective preparation, taking into account the
20         exercise of due diligence.
21      d. The government does not object to the continuance.
22      e. Based on the above-stated findings, the ends of justice served by
23         granting the requested continuance outweigh the best interests of
24         the public and the defendants in a speedy trial within the original
25         date prescribed by the Speedy Trial Act.
26      f. For the purpose of computing time under the Speedy Trial Act, 18
27         United States Code Section 3161(h)(7)(A) within which trial must
28         commence, the time period of September 29, 2016, to November 10,

1        2016, inclusive, is deemed excludable pursuant to 18 United States
2        Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code
3        T-4 because it results from a continuance granted by the Court at
4        the defendants' request on the basis of the Court's finding that the
5        ends of justice served by taking such action outweigh the best
6        interest of the public and the defendants in a speedy trial.
7    4.  Nothing in this stipulation and order shall preclude a finding that
8 provision of the Speedy Trial Act dictate that additional time periods are
9 excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:   September 22, 2016          /s/  Matthew C. Bockmon
                                     MATTHEW C. BOCKMON
                                     Attorney for Defendant
                                     Boone B. Khoonsrivong

Dated:   September 22, 2016          /s/  John R. Manning
                                     JOHN R. MANNING
                                     Attorney for Defendant
                                     Thongchone Vongdeng

Dated:   September 22, 2016          /s/  Erin J. Radekin
                                     ERIN J. RADEKIN
                                     Attorney for Defendant
                                     Amber Collins

Dated:   September 22, 2016          /s/  Michael L. Chastaine
                                     MICHAEL L. CHASTAINE
                                     Attorney for Defendant
                                     Somaly Siv

Dated:   September 23, 2016          /s/  Todd D. Leras
                                     TODD D. LERAS
                                     Attorney for Defendant
                                     Jaffrey Brown

///

```
Dated:  September 22, 2016           /s/  Michael B. Bigelow
                                     MICHAEL B. BIGELOW
                                     Attorney for Defendant
                                     Meghan Paradis


Dated:  September 22, 2016           /s/  Olaf W. Hedberg
                                     OLAF W. HEDBERG
                                     Attorney for Defendant
                                     Sequoia Valverde


Dated:  September 22, 2016           Phillip A. Talbert
                                     Acting United States Attorney

                                     by: André M. Espinosa
                                     ANDRÉ M. ESPINOSA
                                     Assistant United States Attorney
```

**ORDER**

IT IS SO FOUND AND ORDERED this 26th day of September, 2016.

///
///
///
///
///
///
///
///

Troy L. Nunley
United States District Judge