LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
VUTHIYA TIM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VUTHIYA TIM,<br><br>    Defendant. | CASE NO.  2:15-CR-0176-TLN<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representations contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that the Defendant's Plea Agreement and Defendant's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Defendant's request, sealing the aforementioned documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Defendant would be harmed. The Court further finds that there are no additional alternatives to sealing these documents that would adequately protect the compelling interests identified by the Defendant.

Dated: October 20, 2016

_____
Troy L. Nunley
United States District Judge