```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
THONGCHONE VONGDENG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-176-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | FINDINGS AND ORDER |
| KHOONSRIVONG et al., | Date:  January 12, 2017 |
| Defendants. | Time:  9:30 a.m. |
| | Judge: Honorable Troy L. Nunley |

The United States of America through its undersigned counsel, André M. Espinosa, Assistant United States Attorney, together with counsel for defendant Boone B. Khoonsrivong, Matthew C. Bockmon, Esq., counsel for defendant Thongchone Vongdeng, John R. Manning, Esq., counsel for defendant Amber Collins, Erin J. Radekin, Esq., counsel for defendant Somaly Siv, Michael L. Chastaine, Esq., counsel for defendant Meghan Paradis, Michael B. Bigelow, Esq., counsel for defendant Sequoia Valverde, Olaf W. Hedberg, Esq., and counsel for defendant Jaffrey Brown, Todd D. Leras, Esq., hereby stipulate the following:

   1.  By previous order, this matter was set for status conference on November 10, 2016.

///

2. By this stipulation all defendants now move to continue the status conference until January 12, 2017 at 9:30 a.m., and to exclude time between November 10, 2016 and January 12, 2017 under the Local Code T-4 (to allow defense counsel further time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. On October 22, 2015, (and on subsequent dates for defendants who were arrested and arraigned afterward), the government produced approximately 47,000 pages of discovery, a disc containing audio files, and a disc containing video files.  The government also made other discovery available for review at its office.  On April 5, 2016, the government produced 388 pages of additional discovery.

   b. Counsel for the defendants need additional time to review the voluminous discovery, conduct more investigation, and interview potential witnesses.

   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of November 10, 2016, to January 12, 2017, inclusive, is deemed excludable pursuant to 18 United States Code

```
        Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4
        because it results from a continuance granted by the Court at the
        defendants' request on the basis of the Court's finding that the
        ends of justice served by taking such action outweigh the best
        interest of the public and the defendants in a speedy trial.
   4.   Nothing in this stipulation and order shall preclude a finding that
provision of the Speedy Trial Act dictate that additional time periods are
excludable from the period within which a trial must commence.
IT IS SO STIPULATED.


Dated:  November 3, 2016                /s/  Matthew C. Bockmon
                                        MATTHEW C. BOCKMON
                                        Attorney for Defendant
                                        Boone B. Khoonsrivong


Dated:  October 25, 2016                /s/  John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Thongchone Vongdeng


Dated:  October 25, 2016                /s/  Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        Amber Collins


Dated:  November 3, 2016                /s/  Michael L. Chastaine
                                        MICHAEL L. CHASTAINE
                                        Attorney for Defendant
                                        Somaly Siv


Dated:  October 27, 2016                /s/  Todd D. Leras
                                        TODD D. LERAS
                                        Attorney for Defendant
                                        Jaffrey Brown


Dated:  October 25, 2016                /s/  Michael B. Bigelow
                                        MICHAEL B. BIGELOW
                                        Attorney for Defendant
                                        Meghan Paradis
///
```

```
Dated:  October 25, 2016              /s/  Olaf W. Hedberg
                                      OLAF W. HEDBERG
                                      Attorney for Defendant
                                      Sequoia Valverde


Dated:  November 3, 2016              Phillip A. Talbert
                                      Acting United States Attorney

                                      by: /s/  André M. Espinosa
                                      ANDRÉ M. ESPINOSA
                                      Assistant United States Attorney
```

**ORDER**

IT IS SO FOUND AND ORDERED this 7th day of November, 2016.

_____
Troy L. Nunley
United States District Judge