**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
AMBER COLLINS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:15-CR-00176 TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE STATUS** |
| **v.** | ) | **CONFERENCE** |
| | ) | |
| | ) | |
| **AMBER COLLINS, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States

Attorney André M. Espinosa, defendant Boone B. Khoonsrivong, by and through his counsel,

Matthew C. Bockman, defendant Thongchone Vongdeng, by and through his counsel, John R.

Manning, defendant Meghan Paradis, by and through her counsel, Michael B. Bigelow,

defendant Joffrey Brown, by and through his counsel, Todd Leras, and defendant Amber Collins,

by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status

1

conference, January 12, 2017 at 9:30 a.m., in the above-captioned matter, and to continue the

status conference to March 16, 2017 at 9:30 a.m. in the courtroom of the Honorable Troy L.

Nunley.

The reason for this request is that the defense is still engaged in investigation and other

defense preparation.  Further, plea agreements have been conveyed to all defendants; however,

defense counsel need additional time to evaluate the agreements and to discuss them with their

clients.  The Court is advised that Mr. Espinosa concurs with this request and that all counsel

named above have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this

stipulation until March 16, 2017 should be excluded in computing time for commencement of

trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §

3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense

preparation.  It is further agreed and stipulated that the ends of justice served in granting the

request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: January 6, 2015

PHILLIP A. TALBERT
Acting United States Attorney

By:     /s/ André M. Espinosa
        André M. Espinosa
        Assistant United States Attorney

Dated: January 6, 2017

        /s/ Matthew C. Bockman
        MATTHEW C. BOCKMAN
        Attorney for Defendant
        BOONE B. KHOONSRIVONG

2

Dated: January 6, 2017                             /s/ John R. Manning

JOHN R. MANNING
Attorney for Defendant
THRONGCHONE VOGDENG

Dated: January 6, 2017                             /s/ Michael B. Bigelow

MICHAEL B. BIGELOW
Attorney for Defendant
MEGHAN PARADIS

Dated: January 6, 2017                             /s/ Todd Leras

TODD LERAS
Attorney for Defendant
JOFFREY BROWN

Dated: January 6, 2017                             /s/ Erin J. Radekin

ERIN J. RADEKIN
Attorney for Defendant
AMBER COLLINS

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of January 12, 2017 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on March 16, 2017 at 9:30 a.m.  The Court finds excludable time in this matter through March 16, 2017 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: January 6, 2017

Troy L. Nunley
United States District Judge

3