1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LEXI P. NEGIN. #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   BOONE KHOOSRIVONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case Nos. 1:15-cr-242 TLN |
|---|---|---|
|  | ) | 2:15-cr-176 TLN |
| Plaintiff, | ) |  |
|  | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | JUDGMENT AND SENTENCING |
|  | ) |  |
| BOONE KHOONSRIVONG, | ) | Date: October 5, 2017 |
|  | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
|  | ) |  |
|  | ) |  |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Lexi P. Negin, attorneys for Boone Khoonsrivong, that the judgment and sentencing hearing scheduled for October 5, 2017 be continued to November 2, 2017 at 9:30 a.m.

The revised PSR Schedule is as follows:

Draft Presentence Report:    October 5, 2017

Written Objections:          October 12, 2017

Presentence Report:          October 19, 2017

Formal Objections:           October 26, 2017

Stipulation to Continue                    -1-

This continuance is necessary for defense counsel to further investigate a potential immigration issue. Probation Officer, Lynda Moore, is aware of this stipulation and has no objection.

DATED: September 26, 2017         HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Lexi P. Negin*
                                  LEXI P. NEGIN
                                  Assistant Federal Defender
                                  Attorney for BOONE KHOOSRIVONG

DATED: September 26, 2017         PHILLIP A. TALBERT
                                  United States Attorney

                                  */s/ Rosanne Rust*
                                  ROSANNE RUST
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

<u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the October 5, 2017 judgment and sentencing be continued to November 2, 2017, at 9:30 a.m.

Dated: September 26, 2017

Troy L. Nunley
United States District Judge

Stipulation to Continue            -3-