HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN. #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
BOONE KHOOSRIVONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOONE KHOONSRIVONG,<br><br>Defendant. | Case Nos. 1:15-cr-242 TLN<br>2:15-cr-176 TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date: October 5, 2017<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Lexi P. Negin, attorneys for Boone Khoonsrivong, that the judgment and sentencing hearing scheduled for October 5, 2017 be continued to November 2, 2017 at 9:30 a.m.

The revised PSR Schedule is as follows:

Draft Presentence Report:     October 5, 2017

Written Objections:           October 12, 2017

Presentence Report:           October 19, 2017

Formal Objections:            October 26, 2017

Stipulation to Continue                        -1-

| | |
|---|---|
| 1 | This continuance is necessary for defense counsel to further investigate a potential |
| 2 | immigration issue. Probation Officer, Lynda Moore, is aware of this stipulation and has no |
| 3 | objection. |

DATED: September 26, 2017     HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ Lexi P. Negin*
                              LEXI P. NEGIN
                              Assistant Federal Defender
                              Attorney for BOONE KHOOSRIVONG

DATED: September 26, 2017     PHILLIP A. TALBERT
                              United States Attorney

                              */s/ Rosanne Rust*
                              ROSANNE RUST
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

| | |
|---|---|
| 1 | ORDER |
| 2 | IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' |
| 3 | stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as |
| 4 | its order. The Court orders the October 5, 2017 judgment and sentencing be continued to |
| 5 | November 2, 2017, at 9:30 a.m. |

Dated: September 26, 2017

_____
Troy L. Nunley
United States District Judge