HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN. #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
BOONE KHOOSRIVONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOONE KHOONSRIVONG, )<br>)<br>Defendant. )<br>) | Case Nos. 1:15-cr-242 TLN<br>             2:15-cr-176 TLN<br><br>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL<br><br>Judge:  Hon. Troy L. Nunley |

Undersigned counsel for BOONE KHOONSRIVONG hereby moves to withdraw as counsel of record.  Counsel makes this request because the Office of the Federal Defender for the Eastern District of California has recently become aware of a conflict of interest.  Counsel asks that she be allowed to withdraw from this matter, and that the matter be referred to the CJA Panel for appointment of substitute counsel.  Upon the Court's approval of the withdrawal, the Office of the Federal Defender and new counsel will file a substitution of counsel.

Undersigned counsel has discussed this with attorneys for the Government, who have indicated that they have no opposition to this motion.  She has also discussed this issue with Mr. Khoonsrivong, who concurs with this request.

Counsel also requests that the pending PSR and sentencing dates be vacated, so that new counsel and the government can propose a new schedule to the Court by way of stipulation.  USPO Lynda Moore concurs with this request.

WHEREFORE, for the foregoing reasons, it is requested that the Office of the Federal Defender and undersigned counsel be permitted to withdraw as counsel on appeal for Mr. Khoonsrivong, and that new counsel be appointed to represent him.

DATED: October 11, 2017          HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Lexi P. Negin*
                                 LEXI P. NEGIN
                                 Assistant Federal Defender
                                 Attorney for BOONE KHOOSRIVONG

I concur with this request.

Dated:  October 12, 2017         */s/ Boone Khoosrivong*
                                 BOONE KHOOSRIVONG
                                 Defendant
                                 (Original retained by counsel)


## ORDER

IT IS HEREBY ORDERED, that the Office of the Federal Defender is permitted to withdraw as counsel in this matter, and that the matter is referred to the CJA Panel for appointment of substitute counsel.   The pending PSR and sentencing dates are vacated. Substitute defense counsel and the government are to confer and propose new dates by stipulation.

Dated: October 16, 2017

                                 _____
                                 HON. TROY L. NUNLEY
                                 United States District Court Judge

Motion to Withdraw as Counsel                  -2-