McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
ANDRÉ M. ESPINOSA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 2:15-CR-00176-TLN |
| | 1:15-CR-00242-TLN |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR SCHEDULING |
| v. | OF A STATUS CONFERENCE FOR JANUARY 18, 2018 |
| BOONE KHOONSRIVONG, | |
| | DATE: January 11, 2018 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 11, 2018.

2. On March 16, 2017, the defendant entered a guilty plea pursuant to written plea agreement (ECF No. 128). Mr. Khoonsrivong was represented by the Federal Defender's Office at that time.

3. On October 17, 2017, the Court granted the Federal Defender's motion to withdraw as counsel (ECF No. 256).

4. On October 18, 2017, the Court signed an order appointing David Fischer to represent the defendant, vacated the current dates for the PSR and sentencing, and directed the parties to propose a

STIPULATION AND ORDER RE: A STATUS CONFERENCE 1

new dates by stipulation (ECF No. 259).

5. Defense counsel has stated that he still requires additional time to review this case and to decide how next to proceed. Consequently, the parties are requesting that this case be placed on calendar on **January 18, 2018**, at **9:30 a.m.** for a status conference.

IT IS SO STIPULATED.

Dated: January 9, 2018					McGREGOR W. SCOTT
							United States Attorney


							/s/ ROSANNE L. RUST
							ROSANNE L. RUST
							Assistant United States Attorney


Dated: January 9, 2018					/s/ David Fischer
							DAVID FISCHER
							Counsel for Defendant
							BOONE KHOONSRIVONG


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of January, 2018.


							Troy L. Nunley
							United States District Judge